IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
<u>ex rel.</u>  DIANA OLIVAREZ and
STATE OF TEXAS <u>ex rel.</u>
DIANA OLIVERAZ

          Plaintiffs

v.

LABORATORY CORPORATION OF
AMERICA HOLDINGS d/b/a
LABORATORY CORP ("LabCorp")

          Defendant.

_____/

Civil Action No.

M-06-075

**FILED UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730(b)(2)**

## PROPOSED ORDER

UPON consideration of the United States' Response to the Relator's Voluntary Dismissal of Relator's Complaint and Motion to Unseal Complaint, and the United States having declined to intervene in this action pursuant to the False Claims Act 31 USC 3730 (b) (4) (B), it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. That the Relator's Complaint be and is hereby Dismissed without prejudice;

2. That the Complaint, Declination Notice, and this Order be unsealed,.

3. All other filings in this case will remain under seal.

**DONE AND ORDERED** on this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE